# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| MINERVA LEAL | § |
| | § |
| v. | § Civil Action No. 4:17-CV-108 |
| | § (Judge Mazzant/Judge Nowak) |
| | § |
| TIMOTHY BEDNAR, JEFFREY BEDNAR | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 10, 2017, the report of the Magistrate Judge (Dkt. #26) was entered containing proposed findings of fact and recommendations that Defendants Timothy Bednar and Jeffrey Bednar's Motion to Refer Case to United States Bankruptcy Court (Dkt. #23) be granted.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants Timothy Bednar and Jeffrey Bednar's Motion to Refer Case to United States Bankruptcy Court (Dkt. #23) is **GRANTED**, and that this case shall be referred to The Honorable Brenda T. Rhoades, Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas, for all further proceedings in this matter, in accordance with 28 U.S.C. § 157(a) and the pertinent general orders in this District.

**IT IS SO ORDERED.**

SIGNED this 2nd day of May, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE